# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212) 481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 11 2019

December 10, 2019

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: DEC 11 2019

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

Re: USA v. Geuris Rosario
18 Cr. 230 (GBD)

Dear Judge Daniels,

Our office represents Mr. Geuris Rosario in the above referenced matter. On March 5, 2018, Mr. Rosario was released on $150,000 Personal Recognizance Bond secured by two financially responsible persons, and $10,000 cash or property. As part of his Bail Conditions, Mr. Rosario has travel limited to the Southern and Eastern Districts of New York, among other conditions of release.

Mr. Rosario respectfully requests permission to go to Orlando, Florida from December 26, 2019 to January 6, 2020.

U.S. Pretrial Services Officer Marlon Ovalles has no objections to this request, and A.U.S.A. Elizabeth Espinosa has no objections to this request.

Thank you for your consideration.

Sincerely,

/S/
Telesforo Del Valle, Jr., Esq.
Del Valle & Associates

Cc: A.U.S.A. Elizabeth Espinosa
U.S. Pretrial Services Officer Marlon Ovalles