# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212) 481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
   of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 21 2020

January 17, 2020

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Courtroom 11A
New York, NY 10007-1312
-Via ECF-

SO ORDERED:

George B Daniels
George B. Daniels, U.S.D.J.

Dated: JAN 21 2020

Re: USA v. Geuris Rosario
    18 Cr. 230 (GBD)

Dear Judge Daniels,

Our office represents Mr. Geuris Rosario in the above captioned matter.

On March 5, 2018, Mr. Rosario was released on $150,000 Personal Recognizance Bond secured by two financially responsible persons, and $10,000 cash or property. As part of his Bail Conditions, Mr. Rosario was assigned "Strict Pretrial Supervision."

We respectfully request a modification to Mr. Rosario's Bail Conditions to require "Pretrial Supervision as Directed."

U.S. Pretrial Services Officer Marlon Ovalles suggested this modification in the attached e-mail. The Government by way of A.U.S.A. Jun Xiang, Esq. has no objections to this request.

Thank you for your consideration to this matter.

Respectfully submitted,

Telesforo Del Valle, Jr.
Telesforo Del Valle, Jr., Esq.
Attorney for
Geuris Rosario, Defendant.

Cc: A.U.S.A. Jun Xiang, Esq.
    U.S. Probation Officer Marlon Ovalles



Telesforo del Valle <tdvesq@gmail.com>

## USA v. Geuris Rosario, 18 Cr. 230 (GBD)

**Marlon Ovalles** <Marlon_Ovalles@nyspt.uscourts.gov>       Wed, Jan 15, 2020 at 1:12 PM
To: "Telesforo del Valle, Jr., Esq." <tdvesq@gmail.com>

Hi Leticia,

I hope this e-mail finds you well. I just met with Mr. Geuris Rosario in my office. He continues to abide by his bail conditions with no issues to report.

Mr. Rosario was released under "Strict Pretrial Supervision." This requires that he report in-person to Pretrial Services at a minimum of two times per month. Pretrial would consent to the modification of this condition to be amended to "Pretrial Supervision as directed." If his bail is modified as noted, he will be reduced from two office visits per month to one per month. In the event we need to increase his office visits, the modification would allow us to do so.

Marlon Ovalles

U.S. Pretrial Services Officer – SDNY

500 Pearl Street – Room 550

New York, New York 100007

O-212-805-4322

C-646-946-9495

[Quoted text hidden]