# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Leticia Silva
Legal Assistant

April 18, 2022

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

**SO ORDERED:**

*George B. Daniels* (signature)

George B. Daniels, U.S.D.J.

Dated: APR 1 9 2022

Re:   USA v. Geuris Rosario
      18 Cr. 230 (GBD)

Dear Judge Daniels,

Our office represents Mr. Geuris Rosario in the above referenced matter. On March 5, 2018, Mr. Rosario was released on $150,000 Personal Recognizance Bond secured by two financially responsible persons, and $10,000 cash or property. As part of his Bail Conditions, Mr. Rosario has travel limited to the Southern and Eastern Districts of New York, among other conditions of release.

We respectfully request a Bail Modification to allow him to travel to the District of New Jersey for work.

U.S. Pretrial Services Officer Marlon Ovalles consents to this request, and the Government defers to the position of U.S. Pretrial Services.

Thank you for your consideration.

Sincerely,

*/S/ Telesforo Del Valle, Jr.*
Telesforo Del Valle Jr., Esq.
Del Valle & Associates

Cc:   A.U.S.A. Jun Xiang, Esq.
      A.U.S.A. Ryan Finkel, Esq.
      U.S. Pretrial Services Officer Marlon Ovalles