UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>-v-<br><br>Geuris Rosario,<br>*Defendant.* | USAO# 2018R00296<br><br>18-CR-230<br><br>**ORDER FOR RETURN OF BAIL**<br><br>M19-1-14204 |

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of $10,000 (Ten thousand dollars), and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant.

WHEREAS the docket reflects that on **June 1, 2022** the defendant was sentenced to **Time served, Two years of Supervised Release, $200 Special Assessment, and $207,746.32 Forfeiture;** and

WHEREAS the Federal Bureau of Prison's inmate locator shows that the defendant has surrendered; and

WHEREAS the defendant's conviction has become final and there are no further proceedings before this Court for which the defendant's presence is required; and

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to Dahikiana Gaya the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Dated: New York, New York
      **July 6, 2022**

JUL 1 8 2022

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

    Damian Williams
    United States Attorney

by: __RYAN FINKEL__ (Digitally signed by RYAN FINKEL, Date: 2022.07.06 10:25:00 -04'00')    Date: _____

    Ryan Finkel
    Assistant United States Attorney
    212-637-6612