# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Leticia Silva
Legal Assistant

July 26, 2022

**SO ORDERED:**

*[signature]*
George B. Daniels, U.S.D.J.

Dated: **JUL 2 6 2022**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *USA v. Geuris Rosario,*
18 Crim. 230 (GBD)

Dear Judge Daniels,

Our office represents Mr. Geuris Rosario, who was sentenced on June 1, 2022.

We'd like to respectfully request the release of Mr. Geuris Rosario's Passport, which is in the custody of U.S. Pretrial Services.

The Government, by way of A.U.S.A. Jun Xiang, has no objections to this request.

Thank you for your consideration.

Sincerely,

*S/Telesforo Del Valle, Jr.*
Del Valle & Associates

Cc: A.U.S.A. Jun Xiang, Esq.
A.U.S.A. Ryan B. Finkel, Esq.